UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **5:24-cv-01888-ODW (DTB)**          Date: **January 17, 2025**

Title: **Jimmie L. Washington v. Bureau of Prisons**
================================================================

**DOCKET ENTRY**
================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                              None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FIRST AMENDED COMPLAINT [DOCKET NO. 20]**

On August 23, 2024, Plaintiff Jimmie L. Washington ("Plaintiff") filed a Civil Rights Complaint in the Southern District. (Docket No. 1). On September 3, 2024, the matter was transferred to this Court. (Docket No. 3). On September 11, 2024, Plaintiff filed a "Supplement Civil Complaint" ("Supplement") (Docket No. 6), which appeared to the Court to be additional allegations in support of the Complaint.

On December 2, 2024, the Court issued an Order Regarding Complaint and Supplement ("Order"). (Docket No. 20). In its Order, the Court advised Plaintiff that pursuant to Fed.R.Civ.P. 15, he may amend his Complaint once as a matter of course and as he had filed the Complaint and Supplement, the Court afforded Plaintiff an opportunity to file an amended complaint. Any First Amended Complaint was to be filed on or before January 2, 2025. As of this date, Plaintiff has not filed a First Amended Complaint. Accordingly, Plaintiff is ordered to show cause, in writing, no later than **February 7, 2025**, why this action should not be dismissed, without prejudice, for failure to prosecute.

This Order to Show Cause will be discharged upon the filing of a First Amended Complaint. If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

MINUTES FORM 11                                              Initials of Deputy Clerk  RAM
CIVIL-GEN

Plaintiff is warned that a failure to timely respond to this Order to Show Cause will result in a recommendation that this action be dismissed, without prejudice, under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.

**IT IS SO ORDERED**.