JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| JIMMIE L. WASHINGTON, | ) | Case No. 5:24-cv-01888-ODW (DTB) |
|---|---|---|
| Plaintiff, | ) | **J U D G M E N T** |
| v. | ) | |
| BUREAU OF PRISONS, | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: June 5, 2025

_____
OTIS D. WRIGHT, II
United States District Judge

1